```
                                United States Bankruptcy Court
                                 Middle District of Pennsylvania
```

In re:                                                                    Case No. 19-00236-HWV
Marshall Lee Brandt                                                       Chapter 13
     Debtor                          **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: PRadginsk          Page 1 of 1          Date Rcvd: Mar 04, 2019
                             Form ID: ntcnfhrg        Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
```
db              +Marshall Lee Brandt,    382 West Main Street,    Dallastown, PA 17313-2014
5152280        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998-2238)
5152283         +KML Law Group, PC,    BNY Mellon Independence Center,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
5152285         +PNC Bank, NA,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5152281          E-mail/Text: bankruptcynotices@dcicollect.com Mar 04 2019 19:42:23
                  Diversified Consultants, Inc.,    10550 Deerwood Park Boulevard #309,    PO Box 551268,
                  Jacksonville, FL 32255-1268
5152282         +E-mail/Text: cio.bncmail@irs.gov Mar 04 2019 19:41:41       Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
5152284         +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2019 19:50:33      LVNV Funding, LLC,
                  PO Box 10497,    Greenville, SC 29603-0497
5152864         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 04 2019 20:03:12
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5152286          E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2019 19:50:07
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5157309          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 04 2019 19:51:00       T Mobile/T-Mobile USA Inc,
                  by American InfoSource as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
5152287          E-mail/Text: kcm@yatb.com Mar 04 2019 19:41:37       York Adams Tax Bureau,
                  1405 North Duke Street,    PO Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Marshall Lee Brandt pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Marshall Lee Brandt,   Chapter 13

**Debtor 1**

Case No.   1:19–bk–00236–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 3, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 10, 2019<br><br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRadginsk, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 4, 2019 |

ntcnfhrg (03/18)