UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARSHAL LEE BRANDT : CHAPTER 13
     Debtor(s) :
      :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
      :
vs. :
      :
MARSHAL LEE BRANDT :
     Respondent(s) : CASE NO. 1-19-bk-00236

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

     AND NOW, this 24th day of June, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

     2. The Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to a lack of the following:

     a. Unfiled local income tax return ;(Claim #1).

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

     a. Deny confirmation of debtor(s) plan.
     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

                            Respectfully submitted:

                            Charles J. DeHart, III
                            Standing Chapter 13 Trustee
                            8125 Adams Drive, Suite A
                            Hummelstown, PA 17036
                            (717) 566-6097

               BY: /s/James K. Jones
                            Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 24th day of June, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA   17011

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee