In re:  
Marshall Lee Brandt  
    Debtor

Case No. 19-00236-HWV  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 1    Date Rcvd: Aug 06, 2020  
                       Form ID: ordsmiss    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2020.

```
db           +Marshall Lee Brandt,    382 West Main Street,    Dallastown, PA 17313-2014
aty           Christine Kinderdine,    3232 Newmark Drive,    Springboro, OH 45066
5152283      +KML Law Group, PC,    BNY Mellon Independence Center,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
5175430      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
5152285      +PNC Bank, NA,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
5180287      +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5152280          EDI: BANKAMER.COM Aug 06 2020 23:43:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998-2238
5152281          EDI: DCI.COM Aug 06 2020 23:43:00      Diversified Consultants, Inc.,
                 10550 Deerwood Park Boulevard #309,    PO Box 551268,    Jacksonville, FL 32255-1268
5152282         +EDI: IRS.COM Aug 06 2020 23:43:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
5152284         +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 06 2020 19:54:11      LVNV Funding, LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
5169637          E-mail/PDF: resurgentbknotifications@resurgent.com Aug 06 2020 19:53:57      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5152864         +EDI: PRA.COM Aug 06 2020 23:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5152286          E-mail/PDF: resurgentbknotifications@resurgent.com Aug 06 2020 19:53:57
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5157309          EDI: AIS.COM Aug 06 2020 23:43:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    PO Box 248848,    Oklahoma City, OK 73124-8848
5152287          E-mail/Text: kcm@yatb.com Aug 06 2020 19:45:25      York Adams Tax Bureau,
                 1405 North Duke Street,    PO Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2020 at the address(es) listed below:

```
          Brian Nicholas    on behalf of Creditor    PNC Bank National Association bnicholas@kmllawgroup.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
          Paul Donald Murphy-Ahles    on behalf of Debtor 1 Marshall Lee Brandt pmurphy@dplglaw.com,
           kgreene@dplglaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Marshall Lee Brandt,                                   Chapter      13

    **Debtor 1**

                                                                    Case No.      1:19–bk–00236–HWV

## **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: August 6, 2020                                                  By the Court,

                                                                                  *Henry W. Van Eck*

                                                                                  Honorable Henry W. Van Eck
                                                                                  Chief Bankruptcy Judge
                                                                                  By: PamelaRadginski, Deputy Clerk

ordsmiss (05/18)